# EXHIBIT A

FILED by Arlington County Circuit Court
03/30/2026 04:12:03 PM

**VIRGINIA:**

## ARLINGTON COUNTY CIRCUIT COURT

ALEMZEWD LAWGALET                                                      Plaintiff,

v.                                                    Case No: CL26-1295

TESLA MOTORS, INC
1 Tesla Rd
Austin, TX, 78725
   Serve: Registered Agent
   CT Corporation System
   4701 Cox Rd Ste 285
   Glen Allen, VA, 23060

-and-

JOHN DOE 1

-and-

JOHN DOE 2                                                             Defendants.

## COMPLAINT

COMES NOW Plaintiff Alemzewd Lawgalet ("Plaintiff"), by and through the undersigned

counsel, and hereby makes this Complaint against Defendant Tesla, Defendant John Doe 1, and

Defendant John Doe 2 (collectively, "Defendants").

### Parties

1. Plaintiff is a natural person.

2. Defendant Tesla is a corporation that maintains a principal place of business at the

above address.

3. John Doe 1 is a person whose identity is currently not known to Plaintiff but

known to Defendant Tesla and was an actual/apparent employee/agent of Defendant Tesla at all

times relevant to this Complaint. It is believed that John Doe 1 is a resident of the Commonwealth of Virginia.

4.    John Doe 2 is a person whose identity is currently not known to Plaintiff but known to Defendant Tesla and was an actual/apparent employee/agent of Defendant Tesla at all times relevant to this Complaint. It is believed that John Doe 2 is a resident of the Commonwealth of Virginia.

## Jurisdiction

5.    This Court has subject matter jurisdiction over this action because the events giving rise to this cause of action occurred in the Commonwealth of Virginia.

6.    This Court has personal jurisdiction over Defendant because Defendant caused a tortious injury in the Commonwealth of Virginia.

7.    This Court is a proper venue because the acts/omissions complained of occurred in Arlington County.

## Factual Background

8.    On or about September 21, 2024, Plaintiff visited Defendant Tesla's Tesla car dealership located at 2710 S Glebe Rd, Arlington, VA 22206 in Arlington, Virginia.

9.    Plaintiff visited Tesla to test drive one of Tesla's electric vehicles.

10.    Prior to the visit, Plaintiff filled out a form on Tesla's website to schedule the test drive.

11.    When Plaintiff arrived at Tesla, she was led to a Tesla Model Y electric vehicle that was already on and the keys were in the car.

12.    Plaintiff asked Defendant John Doe 1 and/or Defendant John Doe 2 for instructions on operating the electric vehicle.

2

13. Plaintiff disclosed to Defendant John Doe 1 and/or Defendant John Doe 2 that she had never driven an electric vehicle before.

14. Defendant John Doe 1 and/or Defendant John Doe 2 told Plaintiff that the vehicle operated the same as a gas vehicle.

15. Plaintiff asked Defendant John Doe 1 and/or Defendant John Doe 2 to accompany her on a test drive.

16. Defendant John Doe 1 and/or Defendant John Doe 2 refused to accompany Plaintiff on a test drive.

17. Defendant John Doe 1 and/or Defendant John Doe 2 told Plaintiff to take the electric vehicle on a test drive and return to the dealership.

18. Plaintiff drove the car and entered I-395 North at Glebe Road.

19. The speed limit at that portion of I-395 is 55 miles per hour.

20. After Plaintiff merged onto I-395 she took her foot off the accelerator.

21. When Plaintiff took her foot off the accelerator, the vehicle abruptly slowed down on the highway.

22. Plaintiff was scared as the car abruptly slowed down on the highway.

23. Plaintiff believed that the car's brakes had engaged while going 55 miles per hour on the highway.

24. Plaintiff was scared and decided to get off at the next exit and take the vehicle back to the dealership.

25. Plaintiff exited I-395 at the Pentagon exit.

26. Plaintiff stopped at a red light coming off the I-395.

3

27.     Plaintiff accelerated when the traffic light turned green, intending to return to the Tesla dealership.

28.     As Plaintiff pressed the accelerator, the vehicle lurched forward at an extreme speed and horsepower compared to the force placed on the accelerator.

29.     The sudden acceleration caused Plaintiff to lose control of the vehicle and to crash into a nearby storefront.

30.     As a direct and proximate result of the crash, Plaintiff suffered serious and permanent bodily injuries, which have caused and will continue to cause physical and mental pain and suffering.

31.     Plaintiff has incurred and will continue to incur medical, therapeutic, and related expenses.

32.     Plaintiff sustained additional damages including the inability to enjoy the normal functions of life and lost wages.

33.     The above injuries and damages were caused proximately by the negligence of one or more of the Defendants without any contributory negligence on the part of Plaintiff.

### Regenerative Braking

34.     The vehicle's regenerative braking caused the vehicle to abruptly slow down while Plaintiff was driving at highway speeds on I-395.

35.     "[R]egenerative braking slows down the vehicle and feeds any surplus power back to the Battery. By anticipating your stops and reducing or removing pressure from the accelerator pedal to slow down, you can take advantage of regenerative braking to increase driving range." https://www.tesla.com/ownersmanual/modely/en_eu/GUID-3DFFB071-C0F6-474D-8A45-17BE1A006365.html (November 2025) (Exhibit 1).

4

36.    Defendants did not inform Plaintiff of the existence of regenerative braking in the vehicle prior to the test drive.

37.    Defendants did not inform Plaintiff of the properties of regenerative braking in the vehicle prior to the test drive.

38.    Defendants did not show Plaintiff the display features to show her which brake setting the vehicle was in.

39.    Defendants did not show Plaintiff how to change any regenerative braking setting.

### Acceleration Modes

40.    Tesla vehicles come with 3 acceleration modes: Chill, Standard, and Insane.

41.    "Chill: Limits acceleration for a smooth and gentle ride." https://www.tesla.com/ownersmanual/modely/en_eu/GUID-8EAFF5D8-7209-45ED-A7E0-508FFA60C530.html (November 2025) (Exhibit 2).

42.    "Standard: (Non-Performance vehicles) Provides the normal level of acceleration." https://www.tesla.com/ownersmanual/modely/en_eu/GUID-8EAFF5D8-7209-45ED-A7E0-508FFA60C530.html (November 2025) (Exhibit 2).

43.    "Insane: (Performance vehicles) Provides the maximum level of acceleration immediately available." https://www.tesla.com/ownersmanual/modely/en_eu/GUID-8EAFF5D8-7209-45ED-A7E0-508FFA60C530.html (November 2025) (Exhibit 2).

44.    Upon information and belief from the VIN, the Model Y that Plaintiff was driving was a performance vehicle and equipped with the Insane acceleration mode.

45.    Defendants did not inform Plaintiff of the existence of varying acceleration modes prior to the test drive.

46.    Defendants did not inform Plaintiff of the properties of varying acceleration modes prior to the test drive.

47.    Defendants did not inform Plaintiff of which acceleration mode she was in prior to the test drive.

48.    Defendants did not show Plaintiff the display features to show her which acceleration mode the vehicle was in.

49.    Defendants did not show Plaintiff how to change the acceleration mode that the vehicle was in.

## COUNT I: NEGLIGENCE OF DEFENDANT JOHN DOE 1 AND JOHN DOE 2

50.    At all times relevant to this Complaint, Defendant John Doe 1 was an actual/apparent employee/agent of Defendant Tesla.

51.    At all times relevant to this Complaint, Defendant John Doe 2 was an actual/apparent employee/agent of Defendant Tesla.

52.    At all times relevant to this Complaint, Defendant John Doe 1 and/or Defendant John Doe 2 had a duty to use reasonable care in their dealings with the Plaintiff.

53.    Defendant John Doe 1 and/or Defendant John Doe 2's negligent acts/omissions include, but are not limited to, giving Plaintiff a motor vehicle without informing her of how to operate it, failing to accompany Plaintiff on a test drive, failing to instruct Plaintiff on the operation of the vehicle, failing to instruct Plaintiff on the vehicle features, telling Plaintiff that the vehicle operated the same as a gas vehicle, and other acts/omissions which demonstrate a lack of reasonable care in their dealings with Plaintiff.

54.    As a direct and proximate result of Defendant John Doe 1 and/or Defendant John Doe 2's negligence, Plaintiff sustained the injuries described herein.

6

Case 1:26-cv-02208-LMB-WBP    Document 1-1    Filed 07/22/26    Page 8 of 21 PageID# 16

55. No other person or entity not a Party to this Complaint caused or contributed to the incident described herein.

56. No other person or entity not a Party to this Complaint caused or contributed to the damages described herein.

## COUNT II: RESPONDEAT SUPERIOR

57. Plaintiff re-states and re-alleges the above paragraphs as if fully set forth herein.

58. At all times relevant to this Complaint, Defendant John Doe 1 was an actual/apparent employee/agent of Defendant Tesla.

59. At all times relevant to this Complaint, Defendant John Doe 1 was acting within the course and scope of such employment/agency.

60. At all times relevant to this Complaint, Defendant John Doe 1 was acting at the direction of Defendant Tesla.

61. At all times relevant to this Complaint, Defendant John Doe 1 was acting for the benefit of Defendant Tesla.

62. Defendant Tesla is vicariously liable for the acts/omissions of its employee/agent, Defendant John Doe 1.

63. At all times relevant to this Complaint, Defendant John Doe 2 was an actual/apparent employee/agent of Defendant Tesla.

64. At all times relevant to this Complaint, Defendant John Doe 2 was acting within the course and scope of such employment/agency.

65. At all times relevant to this Complaint, Defendant John Doe 2 was acting at the direction of Defendant Tesla.

66.    At all times relevant to this Complaint, Defendant John Doe 2 was acting for the benefit of Defendant Tesla.

67.    Defendant Tesla is vicariously liable for the negligence of its employee/agent, Defendant John Doe 2.

## COUNT III: VIOLATION OF THE VIRGINIA CONSUMER PROTECTION ACT

68.    Plaintiff incorporates the above allegations as if fully set forth herein.

69.    The sale of vehicles by Defendant Tesla is a consumer transaction as defined in Virginia Code § 59.1-198.

70.    One or more of the Defendants violated the VCPA by:

   a.    Misrepresenting that goods or services have certain quantities, characteristics, ingredients, uses, or benefits;

   b.    Misrepresenting that goods or services are of a particular standard, quality, grade, style, or model; and

   c.    Using any other deception, fraud, false pretense, false promise, or misrepresentation in connection with a consumer transaction;

71.    One or more of the Defendants violated the VCPA by

   a.    Stating that the Tesla vehicle operated the same as a gas vehicle;

   b.    Failing to show or inform Plaintiff of regenerative braking;

   c.    Failing to show or inform Plaintiff of the vehicle's acceleration modes;

   d.    Failing to inform Plaintiff of the differences in handling between gas and electric vehicles.

72.    One or more of the Defendants failed to disclose that the vehicle does not operate the same as a gas vehicle, has regenerative braking which causes the vehicle to slow down when

8

the accelerator is released even though the brake is not pressed, has different acceleration modes, and other differences between gas and electric vehicles which are misrepresentation of characteristics or ingredients of the vehicle and anticipated test drive.

73.     One or more of the Defendants failed to disclose that the vehicle does not operate the same as a gas vehicle, has regenerative braking which causes the vehicle to slow down when the accelerator is released even though the brake is not pressed, has different acceleration modes, and other differences between gas and electric vehicles which are misrepresentation of the standard, quality, grade, style, or model of the vehicle.

74.     One or more of the Defendants failed to disclose that the vehicle does not operate the same as a gas vehicle, has regenerative braking which causes the vehicle to slow down when the accelerator is released even though the brake is not pressed, has different acceleration modes, and other differences between gas and electric vehicles which are deceptions, false pretenses, and/or misrepresentations in connection with a consumer transaction.

75.     As a direct and proximate result of one or more of the Defendants' violations of the VCPA, Plaintiff suffered the injuries and damages described herein.

76.     The above injuries and damages were caused proximately by the acts/omissions of Defendants, without any contributory negligence on the part of Plaintiff.

77.     Plaintiff is entitled to reasonable attorney's fees for any violation of the VCPA.

78.     If the trier of fact finds that the violation was willful, it may increase damages to an amount not exceeding three times the actual damages sustained

### COUNT IV: FRAUD

79.     Plaintiff incorporates the above allegations as if fully set forth herein.

9

80. On September 21, 2024, John Doe 1 told Plaintiff that the Tesla electric vehicle operated the same as a gas vehicle.

81. On September 21, 2024, John Doe 1 failed to disclose to Plaintiff that the Tesla electric vehicle was equipped with regenerative braking.

82. On September 21, 2024, John Doe 1 failed to disclose to Plaintiff that regenerative braking would cause the vehicle to slow down even though the brake was not depressed.

83. On September 21, 2024, John Doe 1 failed to disclose to Plaintiff that the vehicle came with multiple acceleration modes.

84. On September 21, 2024, John Doe 1 failed to disclose to Plaintiff that the vehicle would accelerate faster and more easily than a gas vehicle.

85. Defendant John Doe 1 knew these statements and omissions were false and would mislead the Plaintiff.

86. On September 21, 2024, John Doe 2 told Plaintiff that the Tesla electric vehicle operated the same as a gas vehicle.

87. On September 21, 2024, John Doe 2 failed to disclose to Plaintiff that the Tesla electric vehicle was equipped with regenerative braking.

88. On September 21, 2024, John Doe 2 failed to disclose to Plaintiff that regenerative braking would cause the vehicle to slow down even though the brake was not depressed.

89. On September 21, 2024, John Doe 2 failed to disclose to Plaintiff that the vehicle came with multiple acceleration modes.

90. On September 21, 2024, John Doe 2 failed to disclose to Plaintiff that the vehicle would accelerate faster and more easily than a gas vehicle.

91. Defendant John Doe 1 knew these statements and omissions were false and would mislead the Plaintiff.

92. The above statements and omissions were false statements of material fact.

93. The above statements were made negligently.

94. In the alternative, the above statements were made intentionally and with an intent to mislead.

95. Plaintiff relied on the above misrepresentations of material fact.

96. As a direct and proximate result of Plaintiff's reliance on the above misrepresentations of material fact, Plaintiff sustained the damages alleged herein.

<u>**Request for Punitive Damages**</u>

97. The Defendants' joint and several acts and omissions described herein constitute recklessness, willful and wanton conduct, and evince a conscious disregard for the health and safety of others with the Defendants knowing or they reasonably should have known that their acts/omissions were likely to result in harm to others such that punitive damages should be considered by the jury in an amount to be determined at trial.

WHEREFORE Plaintiff requests judgment in an amount to be determined at trial but believed to be Ten Million Dollars ($10,000,000.00) in compensatory damages plus Three Hundred Fifty Thousand Dollars ($350,000.00) in punitive damages, attorneys' fees, trebled damages, costs, pre-judgment interest, post-judgment interest, and such further relief as this Court feels just and proper.

## Jury Demand

Plaintiff, by and through the undersigned counsel, hereby demands trial by jury of all

issues in this matter.

*/s/ Tara L. Umbrino*
Tara L. Umbrino, VSB 85825
VALOR INJURY LAW
13895 Hedgewood Drive, Suite 341
Woodbridge, VA 22193
Phone: (703) 828-0051
Direct: (703) 828-0073
Fax: (703) 263-8001
Email: tara@valorinjurylaw.com

Michael Turiello, VSB 98884
SKEEN LAW OFFICES
Queen Charlotte Square
258 East High Street
Charlottesville, VA 22902
Office: 434-293-9664 x1005
Facsimile: 434-293-6690
Email: mturiello@skeenlaw.com
*Counsel for Plaintiff*

# Braking and Stopping

## Braking Systems

 **WARNING**
Properly functioning braking systems are critical to ensure safety. If you experience a problem with the brake pedal, brake calipers, or any component of a Model Y braking system, contact Tesla immediately.

Model Y has an anti-lock braking system (ABS) that prevents the wheels from locking when you apply maximum brake pressure. This improves steering control during heavy braking in most road conditions.

During emergency braking conditions, the ABS constantly monitors the speed of each wheel and varies the brake pressure according to the grip available.

The alteration of brake pressure can be felt as a pulsing sensation through the brake pedal. This demonstrates that the ABS is operating and is not a cause for concern. Keep firm and steady pressure on the brake pedal while experiencing the pulsing.

 The ABS indicator briefly flashes amber on the touchscreen when you first start Model Y. If this indicator lights up at any other time, an ABS fault has occurred and the ABS is not operating. Contact Tesla. The braking system remains fully operational and is not affected by an ABS failure. However, braking distances may increase. Drive cautiously and avoid heavy braking.

 If the touchscreen displays this red brake indicator at any time other than briefly when you first start Model Y, a brake system fault is detected, or the level of the brake fluid is low. Contact Tesla immediately. Keep the brakes pressed firmly to bring the vehicle to a stop when safe to do so.

 The touchscreen displays this amber brake indicator if a brake booster fault is detected or regenerative braking is unavailable (see Regenerative Braking). Keep the brakes pressed firmly to bring the vehicle to a stop when safe to do so. Hydraulic Boost Compensation may be active (see Hydraulic Boost Compensation).

## Emergency Braking

EXHIBIT 1

In an emergency, fully press the brake pedal and maintain firm pressure, even on low traction surfaces. The ABS varies the braking pressure to each wheel according to the amount of traction available. This prevents wheels from locking and ensures that you stop as safely as possible.

If an alternative method is needed to bring the vehicle to a stop, press and hold the Park button on the touchscreen's drive mode strip to apply the brakes and remove drive torque while the button is held. Swipe from the edge of the touchscreen towards the passenger, to bring up the drive mode strip.

 **WARNING**

Do not pump the brake pedal. Doing so interrupts operation of the ABS and can increase braking distance

 **WARNING**

Always maintain a safe distance from the vehicle in front of you and be aware of hazardous driving conditions. While the ABS can improve stopping distance, it cannot overcome the laws of physics. It also does not prevent the danger of hydroplaning (where a layer of water prevents direct contact between the tires and the road).

 **CAUTION**

Automatic Emergency Braking (see Collision Avoidance Assist) may intervene to automatically brake in situations where a collision is considered imminent. Automatic Emergency Braking is not designed to prevent a collision. At best, it can minimize the impact of a frontal collision by attempting to reduce your driving speed. Depending on Automatic Emergency Braking to avoid a collision can result in serious injur or death.

 **CAUTION**

In emergency situations, if the brakes are not functioning properly, press and hold the Park button on the overhead console or touchscreen to bring Model Y to a stop. Do not use this method to stop the vehicle unless absolutely necessary.

# Dynamic Brake Lights (if equipped)

If you are driving over 50 km/h and brake forcefully (or if Automatic Emergency Braking engages), the brake lights flash quickly to warn other drivers that Model Y is rapidly slowing down. If Model Y stops completely, the hazard warning lights flash. Flashing continues until you press the accelerator or manually press the hazard lights button to turn them off (see Hazard Warning Flashers).

 **NOTE**

When towing a trailer (if applicable), the brake lights on the trailer also operate as described above, even when the trailer is not equipped with a separate braking system.

> ⚠️ **WARNING**
> When towing a trailer (if applicable), always increase your following distance. Sudden braking may result in skidding, jack-knifing, and loss of control.

## Brake Disc Wiping

To ensure brakes remain responsive in cold or wet weather, Model Y is equipped with brake disc wiping. When cold or wet weather is detected, this feature repeatedly applies an imperceptible amount of brake force to remove water from the surface of the brake discs.

## Hydraulic Fade Compensation

Model Y is equipped with hydraulic fade compensation. This assists in monitoring brake system pressure and ABS activity for instances of reduced brake performance. If reduced brake performance is detected (for example, as a result of brake fade, or cold or wet conditions), you may hear a sound and notice a strong increase in braking. Brake as you normally would and continue to press the brake pedal without releasing or pumping the brakes.

>  **CAUTION**
> In emergency situations, if the brakes are not functioning properly, press and hold the Park button on the overhead console or touchscreen to bring Model Y to a stop. Do not use this method to stop the vehicle unless absolutely necessary.

>  **WARNING**
> Always maintain a safe driving distance from the vehicle in front of you and exercise caution when driving conditions are hazardous. Brake disc wiping and hydraulic fade compensation is not a substitute for adequately applying the brakes.

## Hydraulic Boost Compensation

Model Y is equipped with a brake booster that activates the brakes when the brake pedal is pressed. Hydraulic boost compensation provides mechanical assistance if the brake booster fails. If a brake booster failure is detected, the brake pedal travel increases and you may hear a sound when you press the brake pedal. Drive cautiously and maintain a safe distance from other road users—brake pedal responsiveness and braking performance may be degraded. Braking distances may increase.

# Regenerative Braking

Whenever Model Y is moving and your foot is off the accelerator, regenerative braking slows down the vehicle and feeds any surplus power back to the Battery. By anticipating your stops and reducing or removing pressure from the accelerator pedal to slow down, you can take advantage of regenerative braking to increase driving range.  Regenerative braking may also occur, depending on Battery availability, when you press the brake pedal.

Vehicle deceleration due to regenerative braking may vary depending on the current state of the Battery. For example, regenerative braking may be limited if the Battery is cold or is already fully charged.

The power meter (a thin line in the touchscreen's car status area) displays real-time power usage:



1. Represents power being output by the Battery, such as that used to accelerate the vehicle. When you press accelerator pedal, the top half of the power meter fills with black (or white if the display is dark).

2. Represents power generated from regenerative braking, or power that is captured from slowing down the vehicle. Power being fed back to the Battery displays in green.

> **ⓘ NOTE**
>
> Installing winter tires with aggressive compound and tread design may result in temporarily-reduced regenerative braking power. However, your vehicle is designed to continuously recalibrate itself, and afte changing tires it will increasingly restore regenerative braking power after some straight-line accelerations. For most drivers this occurs after a short period of normal driving, but drivers who normall accelerate lightly may need to use slightly harder accelerations while the recalibration is in progress. Touch **Service > Wheel & Tire > Tires** to select winter tires and quicken this process.

 **NOTE**

If regenerative braking is aggressively slowing Model Y (such as when your foot is completely off the accelerator pedal at highway speeds), the brake lights turn on to alert others that you are slowing down.

 **NOTE**

Because Model Y uses regenerative braking, the brake pads are typically used less frequently than those in traditional braking systems. Although Brake Disc Wiping (see Brake Disc Wiping) regularly applies an imperceptible amount of brake force to remove water from the surface of the brake discs, an accumulatic of rust and corrosion still may occur (especially in regions where the roads are salted during winter). You can avoid such buildup by using the brake pedal regularly, or by burnishing the brakes as necessary (see "Burnishing the Brakes" in the Do It Yourself Guide).

**WARNING**

In snowy or icy conditions, Model Y may experience loss of traction during regenerative braking , particularly when in the **Standard** setting and/or not using winter tires. Tesla recommends using the **Low** setting in snowy or icy conditions to help maintain vehicle stability.

## To Set the Regenerative Braking Level

You can use the touchscreen to change the level of regenerative braking:

1. Touch **Controls > Dynamics > Deceleration Mode**.

2. Choose from two levels:
   - **Reduced**: Limits regenerative braking. When you release the accelerator,  Model Y takes longer to slow down and coasts farther than if set to "Standard".
   - **Standard** : Provides the maximum amount of regenerative braking. When you release the accelerator, Model Y slows down, reducing the need to use the brakes.

# Parking Brake

To manually engage the parking brake, touch and hold **Park** on the touchscreen's drive mode strip (see Shifting). You can also engage the parking brake by pressing and holding Park on the drive mode selector located on the overhead console.

 A red parking brake indicator lights up on the touchscreen when the parking brake is engaged.

The parking brake is released when the vehicle is shifted into another gear.

 If the parking brake experiences an electrical issue, the amber parking brake indicator lights up and a fault message displays on the touchscreen.

 **NOTE**

The parking brake operates on the rear wheels only, and is independent of the pedal-operated brake system.

 **CAUTION**

In the unlikely event that Model Y loses electrical power, you cannot access the touchscreen and are therefore unable to release the parking brake without first jump starting (see Jump Starting).

 **WARNING**

In snowy or icy conditions the rear wheels may not have sufficient traction to prevent Model Y from slidin down a slope, particularly if not using winter tires. Avoid parking on hills in snowy or icy conditions. You are always responsible for parking safely.

 **WARNING**

Your Model Y may display an alert if the road is too steep to safely park on, or if the parking brakes are nc properly engaged. These alerts are for guidance purposes only and are not a substitute for the driver's judgment of safe parking conditions, including specific road or weather conditions. Do not depend on these alerts to determine whether or not it is safe to park at any location. You are always responsible for parking safely.

# Brake Wear

Model Y brake pads are equipped with wear indicators. A wear indicator is a thin metal strip attached to the brake pad that squeals as it rubs against the rotor when the pad wears down. This squealing sound indicates that the brake pads have reached the end of their service life and require replacement. To replace the brake pads, contact Tesla Service.

Brakes must be periodically inspected visually by removing the tire and wheel. For detailed specifications and service limits for rotors and brake pads, see Subsystems. Additionally, Tesla recommends cleaning and lubricating the brake calipers every year or 20,000 km if in an area where roads are salted during winter months.

 **WARNING**

Neglecting to replace worn brake pads damages the braking system and can result in a braking hazard.

# Acceleration Modes

 **NOTE**
Depending on market region, vehicle configuration, and software version, your vehicle may not be equipped with the following Acceleration Modes.

Touch **Controls > Dynamics > Acceleration** to adjust the amount of acceleration you experience when driving  Model Y:

- **Chill**: Limits acceleration for a smooth and gentle ride. When selected, **Chill** displays on the touchscreen ab the driving speed.
- **Standard**: *(Non-Performance vehicles)* Provides the normal level of acceleration.

 **NOTE**
If equipped with the Acceleration Boost package, the modes of acceleration are **Chill** and **Sport**.

- **Sport**: *(Performance vehicles/Acceleration Boost package)* Provides the maximum level of acceleration immediately available.
- **Insane**: *(Performance vehicles)* Provides the maximum level of acceleration immediately available.

 **NOTE**
Using the increased torque and power available in **Insane** can reduce range and efficiency.

You can improve the efficiency of the cabin heating by reducing your selected acceleration mode. This allows the heat pump system to take more heat from the Battery to efficiently heat the cabin, instead of maintaining the Battery's ability to provide peak acceleration performance. This helps to maximize driving efficiency in colder weather. Note that when subsequently increasing the acceleration mode, the Battery requires time to warm up before the increased level of acceleration is available.

When acceleration is set to **Insane**,  Model Y strives to keep the Battery within an optimal temperature range. In addition to heating the Battery, these settings also cool the Battery when necessary (for example, while driving at high speeds, during rapid acceleration, driving for long periods, etc.).

# How to Launch the Vehicle

EXHIBIT 2

 **NOTE**

*Launch Mode is available for Performance vehicles only.*

1. Touch **Controls > Dynamics** and make sure the **Acceleration** is set to **Insane**.

2. With Model Y shifted into Drive and at a complete stop, firmly hold the brake pedal with your left foot.

3. Fully press and hold the accelerator pedal while holding the brake pedal.

4. Once you see **Ready to Launch** on the touchscreen, release the brake pedal to launch the vehicle.

**NOTE**

Launch Mode is not available when Traction Control is set to **Slippery Surface** or **Off-Road Assist** (see Traction Control).